70 A.3d 496

PRINCETON OFFICE PARK, LP, PLAINTIFF–RESPONDENT,
v. PLYMOUTH PARK TAX SERVICES, LLC,
DEFENDANT–APPELLANT.

May 3, 2012.

## ORDER

The United States Court of Appeals for the Third Circuit having certified to the Supreme Court the following question of law pursuant to *Rule* 2:12A:

Whether, under New Jersey law, a tax sale certificate purchaser holds a tax lien?;

And the Court having determined to accept the question as certified.

It is ORDERED that the Clerk of the Court shall set the matter down for oral argument in due course.